**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re: Donna B Paoletti                                   Case #: 04-63393
911 Charnwood Lane
Worthington, Ohio 43085

                                                          Judge: Charles M. Caldwell


## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.


Dated: May 25, 2010                         /s/ Frank M. Pees
                                            Frank M. Pees
                                            Chapter 13 Trustee



**Name and Address**                        **Amount**

Donna B Paoletti                            $.07
911 Charnwood Lane
Worthington, Ohio 43085